**Linwood GERBER, Respondent**

v.

**Ralph PIERGROSSI and Rosanne Piergrossi and Janet Wielosik, Petitioners**

**No. 656 MAL 2016**

Supreme Court of Pennsylvania.

February 10, 2017

## ORDER

PER CURIAM

AND NOW, this 10th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.